726 A.2d 912

IN THE MATTER OF UDIT STEVEN SHARMA,
AN ATTORNEY AT LAW.

April 12, 1999.

## ORDER

**UDIT STEVEN SHARMA** of **PENNINGTON,** having tendered his resignation without prejudice from the bar of this State while suspended from the practice of law pursuant to an Order of the Court filed July 10, 1997, that requires respondent to satisfy certain conditions prior to reinstatement to practice;

And the Director of the Office of Attorney Ethics having recommended to the Court that the Court relax in this matter the requirement of *Rule* 1:20–22 that the resigning attorney be a member of the bar in good standing and accept respondent's resignation without prejudice;

And good cause appearing;

It is ORDERED that the requirements of *Rule* 1:20–22(a) are hereby relaxed and the resignation without prejudice of **UDIT STEVEN SHARMA** of **PENNINGTON,** tendered otherwise in accordance with the provisions of *Rule* 1:20–22, be and hereby is accepted, effective immediately; and it is further

ORDERED that any subsequent application by respondent for membership in the bar of this State shall be subject to the terms and conditions of this Court's Order of July 10, 1997, and made in accordance with the provisions of *Rule* 1:24.